FRANK CHIPOLONE, SR., PROSECUTOR–APPELLANT, v.
MUNICIPAL COUNCIL OF THE CITY OF CLIFTON,
DEFENDANT–RESPONDENT.

Argued November 8, 1948—Decided November 15, 1948.

*Mr. Aaron Heller* argued the cause for the prosecutor-appellant (*Heller & Kaiks,* attorneys).

*Mr. John G. Dluhy* argued the cause for the defendant-respondent.

PER CURIAM. The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Justice Case in the court below.

*For affirmance:* Chief Justice VANDERBILT and Justices HEHER, OLIPHANT, WACHENFELD, and ACKERSON—5.

*For reversal:* None.